

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 1, 2015

James L. Abbott, Jr.
ABBOTT LAW OFFICE
1105 S. Taylor Street
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00382-CR, 07-15-00383-CR
Trial Court Case Number: 68,699-B, 68,701-B

**Style:** Jesse Lee Espy aka Jesse Lee White v.
The State of Texas

Dear Counsel:

The following was filed in the captioned appeal as of December 01, 2015:

Clerk's Record (1 volume, each cause number)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Caroline Woodburn (DELIVERED VIA E-MAIL)
Honorable John B. Board (DELIVERED VIA E-MAIL)